UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARTURO SOLIS,

Petitioner,

v.

WARDEN MATTOS,

Respondent.

Case No. 2:26-cv-02389-MMD-BNW

ORDER

Petitioner Arturo Solis, who is in the custody of the Federal Bureau of Prisons and was being housed at Nevada Southern Detention Center ("NSDC") at the time he commenced this case,[1] has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241 (ECF Nos. 1-1, 1-2 ("Petition")), paid his filing fee (ECF No. 3), and moved for a temporary restraining order (ECF No. 4 ("Motion)). Following a preliminary review of the Petition and the Motion[2] under the Rules Governing Section 2254 Cases[3], the Court directs that the Petition be served on the United States Attorney's Office for the District of Nevada ("USAO") and sets a briefing schedule.

[1]According to the Federal Bureau of Prisons' inmate locator search, it appears that Solis may have been moved to "Phoenix RRM."

[2]In his Motion, Solis requests that he be released from confinement at NSDC and be returned to the Las Vegas Community Correctional Center or his previously approved home detention with his brother in Bullhead City, Arizona. (ECF No. 4 at 14-15.)

[3]The Court exercises its discretion to apply the rules governing 28 U.S.C. § 2254 petitions to this 28 U.S.C. § 2241 action. *See* Habeas Rule 1(b). Under Habeas Rule 4, the Court must examine a habeas petition and order a response unless it "plainly appears" that the petition is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019). This rule allows courts to screen and dismiss petitions that are patently frivolous, vague, conclusory, palpably incredible, false, or plagued by procedural defects. *See Boyd v. Thompson*, 147 F.3d 1124, 1128 (9th Cir. 1998); *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990) (collecting cases).

It is therefore kindly ordered that the Clerk of Court:

1. FILE the Petition (ECF Nos. 1-1, 1-2).
2. ADD the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.
3. MAIL a copy of the Petition (ECF Nos. 1-1, 1-2), the Motion (ECF No. 4), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.
4. SEND a courtesy copy of the Petition (ECF Nos. 1-1, 1-2), Motion (ECF No. 4), and this Order to Ashley Hesman (Mattos's attorney) at ahesman@strucklove.com.

It is further ordered that the USAO file a notice of appearance within 3 days of the date of this Order, file and serve their response to the Motion within 7 days of the date of this Order, and file and serve their answer to the Petition within 14 days of the date of this Order. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Petitioner will have 5 days to file his reply to the response to his Motion and 7 days to file his reply to the answer to his Petition.

DATED THIS 10th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE