UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARTURO SOLIS,<br>Petitioner,<br>v.<br>WARDEN MATTOS,<br>Respondent. | Case No. 2:26-cv-02389-MMD-BNW<br>ORDER |

Petitioner Arturo Solis commenced this action on August 3, 2026, with the filing of his petition for federal habeas corpus relief under 28 U.S.C. § 2241 and motion for a temporary restraining order. (ECF Nos. 7 ("Petition"), 4 ("Motion").) The Court entered a screening order, setting a briefing schedule. (ECF No. 6.) Respondent filed his response to the Motion on August 17, 2026, and his response to the Petition on August 21, 2026. (ECF Nos. 11, 16.) Solis has filed a motion requesting a reasonable opportunity to file his replies. (ECF No. 17 ("Extension Motion").) The Court finds that good cause exists to grant Solis's Extension Motion.

It is therefore ordered that the Extension Motion (ECF No. 17) is granted. Solis has up to and including September 30, 2026, to file his replies to Respondent's response to the Motion and answer to the Petition.

DATED THIS 31st Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE